# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| A.B., a minor by her mother and Next Friend Ebony R. Holmes-Ramsey, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 10-1283 (ABJ) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Based on the Court's review of the Magistrate Judge's Report and Recommendation, plaintiffs' objections, and defendant's response to those objections, it is ORDERED that the Magistrate Judge's Report and Recommendation [Dkt. # 60] is adopted in part and rejected only to the extent that it reduces the applicable hourly rate set by the *Laffey* matrix by 25%. The fee award in this case is calculated at the full *Laffey* rate.

It is FURTHER ORDERED that plaintiffs' motion for attorneys' fees is granted in part and denied in part, and that defendant District of Columbia shall, by February 28, 2014, pay $49,432.12 in costs and attorneys' fees to plaintiffs Ebony R. Holmes-Ramsey and A.B.

AMY BERMAN JACKSON
United States District Judge

DATE: January 31, 2014